SCOTT D. CHENEY (6198)
Assistant Utah Attorney General
CHRISTIANA L. BIGGS (13040)
Attorney, Litigation Division
MARK L. SHURTLEFF (4666)
Utah Attorney General
Attorneys for Defendants
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0150
E-mail: scheney@utah.gov
E-mail: cbiggs@utah.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RICHARD B. WOODFORD,<br><br>            Plaintiff,<br>v.<br><br>ROB ROBILLARD, et al.,<br><br>            Defendants. | **COURT DEFENDANTS' MOTION TO DISMISS**<br><br>Case No. 2:11-cv-00370<br><br>Judge Clark Waddoups |

Pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, Fifth District

Court Washington County and "Fifth District Court Records Department," (collectively,

"Court Defendants"), through their undersigned counsel, respectfully move this Court for

an order dismissing all of Plaintiff Richard Woodford's ("Plaintiff") claims against them

with prejudice, on the merits, and without leave to amend, and for such other relief as this Court deems proper.

The bases for this Motion are that, first, the Eleventh Amendment bars Plaintiff's claims against the Fifth District Court because it is an arm of the state. Second, Plaintiff's complaint does not meet the basic rule 12(b) standard. Third, all of Plaintiff's § 1983 claims are barred because the Fifth District Court is not a "person" for purposes of § 1983. Fourth, Plaintiff's state law claim alleging defamation fails for failure to provide a notice of claim. As a result, this Court should grant Court Defendants' Motion and dismiss the Complaint for failure to state any supportable claim as a matter of law.

This Motion is supported by a memorandum of points and authorities, filed concurrently herewith, together with the documents and the pleadings on file herein.

DATED this 23rd of June, 2011.

        MARK L. SHURTLEFF
        Utah Attorney General


          /s/ Scott D. Cheney
        SCOTT D. CHENEY
        Assistant Utah Attorney General
        CHRISTIANA L. BIGGS (13040)
        Attorney, Litigation Division
        Attorneys for Defendants

## CERTIFICATE OF MAILING

I certify that on June 23, 2011 I electronically filed the foregoing **COURT DEFENDANTS' MOTION TO DISMISS**, using the Court's CM/ECF system and I also certify that a true and correct copy of the foregoing was sent by United States mail, postage prepaid, to the following:

Richard Woodford
P.O. Box 1596
St. George, UT 84771

/s/ Yvonne Schenk